Thomas A. Mesereau, Jr.
Mesereau Law Group, P.C.
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
310-561-9960
mesereau@mesereaulaw.com

Jennifer J. Wirsching
1935 Alpha Rd. 216
Glendale, CA 91208
424-901-9280
wirschinglaw@outlook.com
*Attorneys for Artur Ayvazyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203
818-240-2444
fgminassian@yahoo.com
*Attorney for Tamara Dadyan*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN<br><br>Defendants. | Case No. **20-cr-00579-SVW**<br><br>**DECLARATION OF TAMARA DADYAN IN SUPPORT OF MOTION TO SUPPRESS**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: April 12, 2021<br>Time: 11:00 a.m. |

//
//

1

## DECLARATION OF TAMARA DADYAN

I, Tamara Dadyan, declare as follows:

1. I am one of the defendants in the above referenced matter.

2. On November 5, 2020, federal agents stormed the home I share with my husband Artur Ayvazyan and our two young daughters, A.A. and N.A.

3. The federal agents searched our home and seized property.

4. One of the items they seized was a pink envelope with my 14-year-old daughter A.A.'s first name written on the outside of the envelope. The envelope contained a birthday card and A.A's $2,600 savings from birthdays and other holidays.

5. Agents also seized two (2) truck navigation systems. One of the systems was purchased in 2019 and the other in early 2020.

Signed under penalty of perjury that the foregoing is true and correct,

Date: March 15, 2021

Tamara Dadyan