Thomas A. Mesereau Jr.,
Mesereau Law Group P.C.
10100 Santa Monica Blvd. Suite 300
Los Angeles, CA 90067
310-651-9960
mesereau@mesereaulaw.com

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Rd, Suite 216
Glendale, CA 91208
424-902-9280
wirschinglaw@outlook.com

Counsel for Artur Ayvazyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR AYVAZYAN<br><br>Defendant. | Case No. 20CR-00579-SVW<br><br>**JOINDER IN OPPOSITION TO GOVERNMENT'S REQUEST TO MODIFY HIS BAIL CONDITIONS AND REMAND DEFENDANT RICHARD AYVAZYAN PRIOR TO SENTENCING: OPPOSITION TO GOVERNMENT'S REQUEST TO MODIFY DEFENDANT ARTUR AYVAZYAN'S BAIL CONDITIONS AND REMAND PRIOR TO SENTENCING (DKT. NO. 603)** |

**JOINDER**

Artur Ayvazyan, by and through counsel, hereby join in Richard Ayvazyan's Opposition to Government's Request to Modify His Bail Conditions and Remand, as to Artur Ayvazyan. (Doc. 603)

JOINDER

Dated: June 28, 2021                    Respectfully submitted,

/s/ *Jennifer J. Wirsching*
Jennifer J. Wirsching

Counsel for Artur Ayvazyan

Defendant Artur Ayvazyan respectfully opposes the government's request that the conditions of his bail be modified and that he be remanded into custody prior to sentencing. Artur Ayvazyan joins in the legal arguments made by Richard Ayvazyan set forth in Doc 603. For the reasons set forth below, the government's request should be denied. Artur Ayvazyan presents no flight risk or danger to the community, and the fact that convicted co-conspirators with greater exposure are free on bail conditions indicates that the Government seeks to unfairly target Artur Ayvazyan for exercising his right to trial, and his right to testify on his own behalf.

I. RELEVANT BACKGROUND

Defendant Artur Ayvazyan lives in the San Fernando Valley with his wife and two children. He was born in Armenia and came to the United States with his family when he was a child and later became a U.S. citizen. Ayvazyan's professional, family, and community ties are firmly rooted in the Los Angeles area.

On November 5, 2020, Ayvazyan was arrested and was later released after he posted bail. Artur Ayvazyan is also subject to location monitoring, which currently includes active GPS monitoring.

Ayvazyan has dutifully complied with the terms of his pretrial release.

Artur Ayvazyan is a truck driver. He does not have the financial means to flee. All of his bank accounts have been frozen, and he did not object to the forfeiture of the $74,000 in the Allstate Towing bank account currently before the jury.  Artur Ayvazyan does not have his passport. Artur Ayvazyan does not have possession of his hunting firearms, and never will again. Artur Ayvazyan is not accused of any violent crime – he is not a danger to his community.

The government's argument that it is allowable for Tamara Dadyan, who obviously played a exponentially greater role in this offense than Artur Ayvazyan has been found to have had is frankly sexist. It is denying that children need their father, and, again appears to be an attempt by the government to punish Artur Ayvazyan for exercising his constitutional right to testify at trial rather than to have acquiesced to a plea agreement.

II. CONCLUSION

For the foregoing reasons, the government's request to remand defendant Artur Ayvazyzan should be denied, and the current conditions of his pretrial release should remain in place.

Dated: June 28, 2021         Respectfully submitted,

*/s/Jennifer J. Wirsching*

Jennifer J. Wirsching

Attorney for Artur Ayvazyan