```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
 4  CATHERINE AHN (Cal. Bar No. 248286)
    BRIAN FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Major Frauds/Environmental and Community Safety Crimes Sections
 6       1100/1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6527/2424/3819
 8       Facsimile: (213) 894-6269/0141
         E-mail:    Scott.Paetty@usdoj.gov
 9                  Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10
    DANIEL S. KAHN
11  Acting Chief, Fraud Section
    Criminal Division, U.S. Department of Justice
12  CHRISTOPHER FENTON
    Trial Attorney, Fraud Section
13  Criminal Division, U.S. Department of Justice
         1400 New York Avenue NW, 3rd Floor
14       Washington, DC 20530
         Telephone: (202) 320-0539
15       Facsimile: (202) 514-0152
         E-mail:    Christopher.Fenton@usdoj.gov
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA

18                        UNITED STATES DISTRICT COURT

19                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

20  UNITED STATES OF AMERICA,           No. CR 20-579(A)-SVW-3

21        Plaintiff,                    EXHIBIT 2 (ATTACHED TO THE
                                        DECLARATION OF CATHERINE AHN)
22             v.

23  ARTUR AYVAZYAN,
       aka "Arthur Ayvazyan,"
24
          Defendant.
25

26

27

28
```

## Selected Text Messages and Attachments from Government Trial Exhibit ("GEX") 10 – Text Messages between "tammy" and "Rich New"

| # | Date | Time | From | Body | |
|---|---|---|---|---|---|
| 3023 | 6/2/2020 | 7:12 PM | tammy | My text don't show but the liberty send disclosures and that's it nothing attached to sign | |
| 3029 | 6/2/2020 | 10:22 PM | tammy | The liberty place send email disclosures like to read nothing to sign is that Moran's | |
| 3030 | 6/2/2020 | 10:22 PM | tammy | Normal? | |
| 3031 | 6/2/2020 | 10:23 PM | Rich New | Ya | |
| 3032 | 6/3/2020 | 8:03 PM | Rich New | You have money in BofA or Art | |
| 3033 | 6/3/2020 | 8:04 PM | tammy | Art does | |
| 3034 | 6/3/2020 | 8:04 PM | tammy | I'll call y in a min | |
| 3035 | 6/3/2020 | 8:04 PM | Rich New | I need 95k for escrow today. They put my deposits on hold. Ok let me call Art | |

GEX 10 at 10.

| # | Date | Time | From | Body | |
|---|---|---|---|---|---|
| 3063 | 6/9/2020 | 12:06 AM | tammy | Rich the one for tom I already applied bluevine Friday the one u gonna do why long is that art says the 540 fico ?? | |
| 3064 | 6/9/2020 | 12:28 AM | Rich New | It says 570 minimum fico. It's the eidl loan | |
| 3065 | 6/9/2020 | 12:53 AM | Rich New | Call me back | |

GEX 10 at 11.

| # | Date | Time | From | Body | |
|---|---|---|---|---|---|
| 3370 | 6/30/2020 | 8:17 AM | Rich New | Tnx kyank it's not just me trust me you, Art everyone I care about plays a big role in my life that drives me to achieve. Apres kyank. GN | |
| 3371 | 6/30/2020 | 7:21 PM | tammy | Send em the account number again so I have Art go deposit the 157k Vahe | |
| 3372 | 7/1/2020 | 12:46 AM | tammy | http://l.hms.pt/68/145/SR19286609/380501/0/ou | |
| 3393 | 7/1/2020 | 1:30 AM | tammy | https://thehill.com/homenews/505360-senate-extends-application-deadline-for-ppp-small-business-loans | |
| 3400 | 7/1/2020 | 4:07 AM | tammy | But listen this idiot lenders like liberty they don't know about the extension yet | |
| 3401 | 7/1/2020 | 4:07 AM | tammy | [Screenshot 2020-06-30 at 7.14.52 PM.png] | 20 |

GEX 10 at 16.

| # | Date | Time (UTC) | From | Body | GEX. 10- |
|---|---|---|---|---|---|
| 3479 | 7/2/2020 | 2:56 AM | tammy | Tom comming over now I told art show him the decline letter from the eidl and it's simple it's 35 percent for ppp | |
| 3480 | 7/2/2020 | 2:57 AM | Rich New | Ok let me do this. Give me 30 min | |
| 3481 | 7/2/2020 | 3:04 AM | Rich New | When was company established | |
| 3482 | 7/2/2020 | 3:05 AM | Rich New | Hurry | |
| 3483 | 7/2/2020 | 3:05 AM | tammy | March 25 2016 | |
| 3484 | 7/2/2020 | 3:05 AM | tammy | 2015 | |
| 3485 | 7/2/2020 | 3:05 AM | tammy | Not 16 sorry | |
| 3486 | 7/2/2020 | 3:37 AM | tammy | [Open TAX ID.png] | |
| 3487 | 7/2/2020 | 3:57 AM | Rich New | Check your email | |
| 3488 | 7/2/2020 | 3:57 AM | tammy | Ok I got it so if they want w2 you can't really run from that | |
| 3489 | 7/2/2020 | 3:57 AM | tammy | And that has all the info in it | |
| 3490 | 7/2/2020 | 3:58 AM | Rich New | Ya | |

GEX 10 at 18.

**Govt. Exhibit 2 (attached to Ahn Decl.) for A. Ayvazyan Sentencing**

| 3504 | 7/3/2020 | 6:14 PM | tammy | I'm expecting a wire for Art for $73500 | 23 |
| 3505 | 7/3/2020 | 6:14 PM | tammy | [IMG_5861.jpg] | |
| | | | | And for me $157 | |
| 3506 | 7/3/2020 | 7:00 PM | tammy | How many times can people apple for the sister relief I feel like u can apply with different emails and different information | |
| 3507 | 7/3/2020 | 7:04 PM | Rich New | As many businesses as you have with different eins | |
| 3508 | 7/3/2020 | 8:49 PM | Rich New | Sorry, I can't talk right now. | |
| 3509 | 7/3/2020 | 8:50 PM | tammy | Send me the routing number for the Vahe wire | |
| 3510 | 7/3/2020 | 8:53 PM | tammy | [IMG_2124.jpeg] | 24 |
| 3511 | 7/3/2020 | 8:54 PM | Rich New | 121000358 | |

**GEX 10 at 18.**



Government Exhibit 10, attach. 23 (Bank of America Account Statement in thename of Viktoria Kauichko and Runyan Tax Service Inc).



Government Exhibit 10, attach. 24 (Wire Transfer Record for $73,500 from Thanh Tran account in the name of New Acre Farm Produce to Ruyan (sic) Tax Service Inc.)

**Govt. Exhibit 2 (attached to Ahn Decl.) for A. Ayvazyan Sentencing**

| 3575 | 7/6/2020 | 8:58 PM | tammy | Rich for Vahe we gonna send his part here [IMG_6569.jpeg] | |
| 3576 | 7/6/2020 | 9:48 PM | Rich New | How much? | |
| 3577 | 7/6/2020 | 9:53 PM | tammy | I'll tell u | |
| 3578 | 7/6/2020 | 10:27 PM | tammy | [IMG_6512.jpg] | 25 |
| 3579 | 7/6/2020 | 10:58 PM | Rich New | Did u apply anywhere new | |
| 3580 | 7/6/2020 | 10:58 PM | tammy | No bro no one is even showing | |
| 3581 | 7/6/2020 | 11:00 PM | tammy | No one is even showing | |
| 3582 | 7/6/2020 | 11:00 PM | tammy | Ppp anymore went online to Liberty dosent show shit | |
| 3588 | 7/7/2020 | 7:45 PM | Rich New | I guess. It's a new account we can try sending one and one later | |
| 3589 | 7/7/2020 | 8:27 PM | tammy | [61584642127__EFC802E8-8BD0-4633-A658-51109888AE9D.JPG] | 26 |
| 3590 | 7/7/2020 | 8:28 PM | tammy | Plus Toms deposit goes here 👇for us [IMG_5933.PNG] [IMG_5935.PNG] | |
| 3591 | 7/7/2020 | 8:28 PM | tammy | And Vahe [IMG_6569.jpeg] | |
| 3592 | 7/7/2020 | 8:29 PM | tammy | [IMG_5935.PNG] | |
| 3593 | 7/7/2020 | 8:29 PM | tammy | 👍 | |

**GEX 10 at 19.**



**Government Exhibit 10, attach. 25 (V&D Limo LLC Check).**



**Government Exhibit 10, attach. 26 (Bank of America Account Statement in thename of Viktoria Kauichko and Runyan Tax Service Inc).**

Govt. Exhibit 2 (attached to Ahn Decl.) for A. Ayvazyan Sentencing

| 3647 | 7/10/2020 | 6:53 PM | Rich New | What email should I put for him | |
| 3648 | 7/10/2020 | 6:53 PM | tammy | Vahe314@yahoo.com | |
| 3649 | 7/10/2020 | 6:57 PM | Rich New | It allows me only 25. So I sent 25 | |
| 3650 | 7/10/2020 | 6:58 PM | Rich New | Do you want me to send from other place or he can wait we can send another 25 Monday | |
| 3651 | 7/10/2020 | 7:00 PM | tammy | Ok Monday or u can give check art will deport for him | |
| 3652 | 7/10/2020 | 7:00 PM | tammy | Or what's ever | |
| 3653 | 7/10/2020 | 7:01 PM | Rich New | Ok | |
| 3685 | 7/13/2020 | 6:49 PM | tammy | Rich morning do u know if cross river is doing any more of the ppp | |
| 3686 | 7/13/2020 | 8:43 PM | Rich New | I heard good things about this one [IMG_0051.jpeg] | 27 |
| 3687 | 7/13/2020 | 8:44 PM | Rich New | And this [IMG_0049.jpeg] | 28 |
| 3688 | 7/13/2020 | 10:39 PM | tammy | Bro I need statement | |
| 3689 | 7/13/2020 | 10:39 PM | tammy | West Bank current | |
| 3690 | 7/13/2020 | 11:52 PM | tammy | Rich u don't have e enough at your transportation to send him the remainder so we Hong heal with it's ass | |
| 3691 | 7/13/2020 | 11:52 PM | tammy | Vahe | |
| 3697 | 7/14/2020 | 1:04 AM | tammy | Ok so his ur sending from transportation | |
| 3698 | 7/14/2020 | 1:04 AM | tammy | So from Runyan | |
| 3699 | 7/14/2020 | 1:04 AM | Rich New | Ya 25 | |
| 3700 | 7/14/2020 | 1:05 AM | Rich New | From there just give him the remaining | |
| 3701 | 7/14/2020 | 1:05 AM | tammy | U can't send the 28 | |
| 3702 | 7/14/2020 | 1:05 AM | tammy | Lol | |
| 3703 | 7/14/2020 | 1:05 AM | tammy | Don2 times | |
| 3704 | 7/14/2020 | 1:05 AM | Rich New | Kyank the limit is 25 | |
| 3705 | 7/14/2020 | 1:05 AM | Rich New | A day | |
| 3706 | 7/14/2020 | 1:06 AM | tammy | So then do tues and Wednesday so all from same place | |
| 3707 | 7/14/2020 | 1:06 AM | tammy | So I don't deal with him pleas e | |

**GEX 10 at 21.**

| 4103 | 8/4/2020 | 11:05 PM | tammy | U have a payroll report redacted or not for 11 people | |
| 4104 | 8/4/2020 | 11:06 PM | Rich New | Whatever I have you have aziz | |
| 4105 | 8/5/2020 | 7:13 PM | tammy | Bro | |
| 4106 | 8/5/2020 | 7:13 PM | tammy | See if it cleared ur account this loosers hasn't called me | |
| 4107 | 8/5/2020 | 7:13 PM | tammy | So I want to see Ofcourse they don't call u | |
| 4108 | 8/5/2020 | 7:13 PM | tammy | When they get it | |
| 4109 | 8/5/2020 | 7:14 PM | Rich New | It got canceled again, I have a check I can give him. Idk what the problem is | |
| 4110 | 8/5/2020 | 7:14 PM | tammy | Shit man | |
| 4111 | 8/5/2020 | 7:14 PM | tammy | I ll have art get it and deposit | |

**GEX 10 at 28.**

| 4128 | 8/6/2020 | 6:30 PM | tammy | See if Vahe wire went | |
| 4137 | 8/6/2020 | 6:36 PM | Rich New | And the wire it's saying canceled. Fuck this bank send Art to get checks from here | |
| 4138 | 8/6/2020 | 7:27 PM | tammy | 25 here from same place u did wire from [IMG_6512.jpg] | 25 |
| 4139 | 8/6/2020 | 7:29 PM | tammy | 83 here instead of 100 because ur sending 17 from ur proceeds to the Vahe 25 jogir [61662228180__5D5A40D3-4C99-4189-86DB-6BD3F839D48C.JPG] | 42 |
| 4140 | 8/6/2020 | 7:32 PM | tammy | So 83 to pro active and 25 to Vahe | |

**GEX 10 at 28.**

Govt. Exhibit 2 (attached to Ahn Decl.) for A. Ayvazyan Sentencing

| 4259 | 8/12/2020 | 4:30 AM | tammy | Rich |
| 4260 | 8/12/2020 | 4:30 AM | tammy | I need to order checks KD |
| 4261 | 8/12/2020 | 4:30 AM | tammy | For Mykailo |
| 4262 | 8/12/2020 | 4:31 AM | tammy | Which place will be fast |
| 4263 | 8/12/2020 | 4:40 AM | Rich New | Have art go buy those blank ones from Office Depot and just buy the software |
| 4264 | 8/12/2020 | 4:59 AM | Rich New | For every bank |
| 4265 | 8/12/2020 | 5:10 AM | tammy | [Screenshot 2020-08-11 at 10.09.57 PM.png] |
| 4266 | 8/12/2020 | 5:15 AM | Rich New | Is this lendio? |
| 4267 | 8/12/2020 | 5:28 AM | Rich New | Tam did you call chime about writing checks? |
| 4268 | 8/12/2020 | 5:28 AM | Rich New | And did TLO work? |
| 4269 | 8/12/2020 | 5:29 AM | tammy | Tlo no tomorrow but chime I'll send u the pic |
| 4270 | 8/12/2020 | 5:40 AM | tammy | [IMG_6550.PNG] |
| 4271 | 8/12/2020 | 6:03 AM | Rich New | Did u read it |
| 4272 | 8/12/2020 | 6:05 AM | tammy | Yah let me call see if we can print then like that one from Office Depot |
| 4273 | 8/12/2020 | 6:18 AM | Rich New | Call me |
| 4276 | 8/12/2020 | 7:44 PM | tammy | He needs to buy the program? |
| 4277 | 8/12/2020 | 7:46 PM | Rich New | No I just talked to him |
| 4287 | 8/13/2020 | 1:55 AM | tammy | Rich |
| 4288 | 8/13/2020 | 1:55 AM | tammy | Should I have art call wells |
| 4289 | 8/13/2020 | 1:55 AM | tammy | Tomorrow to order checks from this account too |
| 4290 | 8/13/2020 | 1:55 AM | Rich New | For what |
| 4291 | 8/13/2020 | 1:55 AM | tammy | To say I need write checks |
| 4292 | 8/13/2020 | 1:56 AM | Rich New | No |
| 4293 | 8/13/2020 | 1:56 AM | Rich New | [61897660223__0890BB26-C53E-49AF-961A-354BB7A98453.jpeg] |
| 4295 | 8/13/2020 | 1:57 AM | Rich New | Art is bringing it for you to sign |
| 4296 | 8/13/2020 | 1:57 AM | tammy | Ok |
| 4297 | 8/13/2020 | 2:01 AM | tammy | Also look the one I had at wells and Commerica remember I got the cashiers check to abc |
| 4298 | 8/13/2020 | 2:01 AM | tammy | Then from abc to the Escrow |
| 4299 | 8/13/2020 | 2:02 AM | tammy | Why can't I go to bofa and get a cashiers check k |
| 4300 | 8/13/2020 | 2:02 AM | tammy | Or should I not |
| 4301 | 8/13/2020 | 2:11 AM | Rich New | No don't |
| 4302 | 8/13/2020 | 2:19 AM | Rich New | Aziz please work on TLO |

**GEX 10 at 29-30.**

| 4786 | 9/30/2020 | 12:38 AM | tammy | Also listen ara got a email and call from newtek so I emailed the guy back asking when they have 2nd time again |
| 4787 | 9/30/2020 | 12:38 AM | tammy | Since the ppp I got |
| 4788 | 9/30/2020 | 12:38 AM | tammy | Was for a couple months |
| 4789 | 9/30/2020 | 12:39 AM | tammy | So the guy said I will love to help u bla bla |
| 4790 | 9/30/2020 | 7:28 PM | tammy | Rich u there |
| 4791 | 9/30/2020 | 9:28 PM | Rich New | Ya aziz. What's up |
| 4795 | 9/30/2020 | 9:31 PM | tammy | Rich we need ur help this fuckjng capital one restrictedthe account that I finally opened |
| 4796 | 9/30/2020 | 9:32 PM | Rich New | Babe going crazy I have 5 accounts frozen from chime |
| 4797 | 9/30/2020 | 9:32 PM | tammy | They want to call the employer or employer Human Resource |
| 4798 | 9/30/2020 | 9:32 PM | tammy | I tried giving another cell so Art can verify the check they said the number is not a |
| 4799 | 9/30/2020 | 9:33 PM | tammy | Getting verified as that business number |
| 4800 | 9/30/2020 | 9:33 PM | tammy | U get it. Wh have system they use |
| 4801 | 9/30/2020 | 9:34 PM | Rich New | What number they trying to verify? |
| 4802 | 9/30/2020 | 9:34 PM | tammy | Like the check did not have a number on it |
| 4803 | 9/30/2020 | 9:34 PM | tammy | Get it so like it red flag the account |
| 4804 | 9/30/2020 | 9:35 PM | Rich New | Business check? |
| 4805 | 9/30/2020 | 9:44 PM | tammy | Yes the md check |
| 4806 | 9/30/2020 | 9:44 PM | tammy | Remember |
| 4807 | 9/30/2020 | 9:44 PM | tammy | The printable |
| 4808 | 10/1/2020 | 2:01 AM | tammy | Rich u in office |
| 4820 | 10/1/2020 | 7:48 PM | Rich New | You have a phone number for chime |
| 4821 | 10/1/2020 | 7:59 PM | tammy | 18442446363 |
| 4822 | 10/1/2020 | 8:01 PM | Rich New | I called that number it says automatic message your account is closed. Email support |

**GEX 10 at 35.**                                          Page 5 of 5

**Govt. Exhibit 2 (attached to Ahn Decl.) for A. Ayvazyan Sentencing**