TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:   Scott.Paetty@usdoj.gov
              Catherine.S.Ahn@usdoj.gov
              Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW-3 |
|---|---|
| Plaintiff, | DECLARATION OF CATHERINE AHN IN SUPPORT OF THE GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT ARTUR AYVAZYAN |
| v. | |
| ARTUR AYVAZYAN, aka "Arthur Ayvazyan," | |
| Defendant. | |

**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California and am assigned to the prosecution of United States v. Ayvazyan, et. al, CR No. 20-579(A)-SVW. I make this declaration in support of the government's sentencing memorandum for defendant Artur Ayvazyan.

2. Exhibit 1 is a 19-page exhibit comprised of the actual and intended losses borne by lenders (pages 1-2), and a detailed table of the corresponding loans identifying the purported business applicants, their purported individual representatives, the lender, and the loan amount (pages 3-21). These tables were prepared with the assistance of Federal Bureau of Investigation Special Agent Justin Palmerton, Internal Revenue Service Criminal Investigations Special Agent Geffrey Clark, and U.S. Small Business Administration Special Agent Timothy Massino, and were provided to the U.S. Probation Office and defense counsel.

3. Exhibit 2 is a true and correct compilation of excerpts taken from Government Trial Exhibit 10, which contained selected text messages sent between "tammy" and "Rich New."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 8, 2021.

CATHERINE AHN