EXHIBIT A

ANGELINA AYVAZYAN LETTER

Dear Honorable Judge Willson,

My name is Angelina Ayvazyan and I am Arthur Ayvazyan's eldest daughter. Growing up my dad did not really have his father in his life, which is why he has always gone to great lengths to be the best father he could be for my sister and I. My dad is my best friend, since as long as I could remember we've always been alike. Other girls my age were never really interested in the things I was growing up, but in their place was my dad, he would always do his best to support my interests and hobbies since as long as I can remember. When I was younger I wanted to try almost every sport I laid my eyes on and my dad was always supportive, he always came to my games and recitals, and celebrated all my victories with me no matter how big or small they were. My mother, being a real estate agent, spent a lot of her time working during the day, so our dad would pick up night shifts so he could spend his time with us in the mornings. I remember in elementary school my mother was always late for my recitals, and I would get sad seeing all the other kids whose parents came. But, just as I was losing hope that anyone came to watch, I saw my dad's face in the crowd, wearing that large comforting smile he always has on his face. He would show up with his camera and always looked so excited to be there, his appearances always made my night. Even back then I remember times when we were struggling with making rent and even paying for our school, but my dad held his head high through it all and never showed any signs of struggling. That was something I always admired about my father, he never let anything get to him instead he worked hard to overcome those obstacles. My dad, like myself, loved doing almost all sports etc, he wanted to be good at everything. My dad fishes, plays hockey, basketball, sails, and even one of his newest endeavors was scuba diving. He would try to convince me to go with him but I was too afraid, but looking back I wish I had gone when I could have and made more memories with him. An experience I remember recently was when

my dad was allowed to leave the house for essential things for the first time. My mom, dad, sister, and I went to have dinner as a family for the first time in what felt like forever. It was always the little things that made my dad happy, he never really valued material objects or money, he more so just appreciates when we all spent time together, nothing makes him happier than being surrounded by his family. On weekends we would often go visit our grandma with our dad and she would teach us recipes and we would cook together. My dad was always so proud of us when we made his favorites with our grandma, like his favorite roll up pastry, or an Armenian pastry called Kekhke. My dad always spent a lot of time with his mother. When we were young our great grandma Mariam passed away due to cancer before we really got to know her. I remember walking up to the hospital holding my dad's hand when we went inside to say our goodbyes to her. All the adults lectured him, they thought a hospital room was no place to bring a child, but my dad loved his grandma and wanted us to remember her and hold her memories with us. After her death it left our grandma living alone, but she had grown to like it that way. Shortly after my grandma Janet had become diabetic, this caused her to be put on many medications and she even ended up going blind in one of her eyes because of it. My dad has always been with my grandma through all her surgeries etc and takes care of her daily. He would go visit her everyday, he always went grocery shopping for her and made sure she is ok and has everything she needs. My dad has always been like that, if you ask any of our family who they could rely on they would say my dad. He always went out of his way to make sure everyone was okay. Next year I am turning 16, and soon I am going to start applying for colleges, learning how to drive, go to my first prom, and graduate highschool. None of these experiences would feel memorable if my dad could not be there. I need him now during these years more than ever, to teach me how to drive, to take me to my first ever winter formal, and to watch me graduate on the big stage with

the rest of my peers. I hope by reading this letter it helps you understand how big of an influence our father has on both my sister and I's lives, I hope and pray that whatever decision you make in the end will not result in my father not being here to watch me achieve my dreams.

Thank you your honor,

Angelina Ayvazyan  818-447 6036

EXHIBIT B

NATALIE AYVAZYAN LETTER

Dear Honorable Judge Wilson,

My name is Natalie Ayvazyan and I am 13 years old. I am Arthur Ayvazyan's younger daughter. I am very proud of the dad he has been throughout my life with all the lessons, love and care he has shown me. To me, he has been the best dad in the world. Since I was little, my dad has always been there for me. He is the definition of a girl dad. I still remember how my dad used to drop me off at school every morning. A lot of my friends were picked up and dropped off by their moms, but it was my dad who was at the parent-teacher meetings, morning and after school pick up and drop offs, and at our sports games. Whenever he wasn't away on his long distance driving truck loads, he always woke up early and made us breakfast. He wouldn't ever complain about waking up early and he would always wake me up in the mornings.

My dad is the world's most hard working man I know. If I ever needed something he would drop everything he's doing to help me. He would help me make all my school projects and always run to the store for me for any supplies. My dad always understands me. Even at times when I thought the topic was too girly and he wouldn't know what I'm talking about, he still understood what I was going through. He's a very understanding and caring person, and I always feel good after talking to him. When I'm upset about something, he's always the one that tries to bring up my mood. My sister and I love my dad so much. We want my dad to be with us while we grow up, especially now as teenagers. My sister and I are still young and wouldn't want to grow up only having each other, without either of our parents. Even though my dad is going through a tough time and he only gets one day off, he always tries to spend it with me and my sister. He usually takes us grocery shopping with him on the days he can get out of the house. It's not the same as before when we used to spend time with him almost everyday. I wish it can go back to being the way it was before this whole case started. He used to take me, my sister, and my cousin to dance classes three times a week and even shopping at the mall when we needed to buy things for dance. My dad is always a happy and positive person, never once have I seen him upset about something. I know he has a hard life because he works so hard, but he never shows his stress. He always makes sure everyone is okay before he takes care of himself. I cannot see my life without my dad and I really hope that I won't have to.

My dad is my inspiration. I look up to him. He's never once given me a problem with anything. He is the most productive person. My dad would wake up at 5:30 in the morning just to go to work. Sometimes my dad didn't even come home on the same day. He would go on work trips for days and sometimes even weeks. He is a long distance truck driver, so he would take loads far away across the United States. I am so beyond thankful for him because he works very hard to provide for me and my family. Even when my dad had work, he would never forget to call me and ask me how my day was. As soon as he returned, he would be full of energy to make up for the time missed. I can't live without my dad and I'm sure my family wouldn't be able to either. My dad is the person who taught me everything. He spends a lot of time with us. He would take us on boat rides, come to our school events, and play sports with us. He taught me how to play basketball. Since he can't leave the house now at all, we always play basketball outside. My dad always comes up with something when I need his help.

When my dad is not home, my sister and I feel like something is missing. He is always so happy and full of positive energy. I can't imagine what it'll be like for my dad not to be with us, physically as a part of our daily lives. We love him and hope he can still stay with us even if it's only at home. Dear judge, I hope you make the right decision and allow my dad to stay home with us, rather than be confined to a jail cell where we wouldn't get the love and care we need as teenagers, nor will we have his constant guidance and support. He is the person who heals all our sadness when we are down about something, I can't imagine how I will ever cope with any of this without him.

Thank you for your time,

Natalie Ayvazyan

747-2102506

EXHIBIT C

ROBERT AYVAZYAN LETTER

Dear Judge Wilson,

My name is Robert Ayvazyan. I'm 13 and I go to Ferrahian middle school. I am writing this letter in regards to my uncle Arthur Ayvazyan. My uncle has always looked out for me since a little kid. He has always put me before himself, and gone out of his way to lecture me, teach me things and help me whatever I need. He has sacrificed so much for me. As the youngest child I've gotten picked on by my older brother, and he would always have my back and protect me. He would always do the best to make me happy. He is a very hard working man. He puts others ahead of him. He would always take me and my brother fishing and camping. I would love it but now we don't go. I really miss going. As a little kid he would always take me ice skating and teach me new tricks. As of today I still remember those tricks. He would come over almost everyday and help with homework and play basketball and hockey with me. He never has never been mad at me, and instead he would try to help me understand why. He takes his time to explain things to me and teach me lessons in life. For example, I would always fall when we skated and I would get mad. He would teach me how not to fall and teach me how to learn from a mistake.

He hates when I stay indoors and play video games. He makes me go outside and play sports. We always watch NBA games together and have a good time. The super bowl was a traditional family favorite, and we would scream when the Patriots won. It's very funny and fun. He makes jokes every time with me and I would die of laughter. My uncle would always make time for me and siblings. My uncle is the most brilliant, coolest, happiest, funniest and strongest person in the world. He is my uncle, but he is also a friend. He's one of my favorite people in the whole world. Every Christmas he would be the first person to call and say Merry Christmas and he would get me the toys that I wanted . He would be the person that would get everyone together for Christmas, Halloween and Thanksgiving and it would be a blast. It's so funny when we go over we would play with his 4 dogs and parrot. He loves his dogs too and does everything for them to be good. It's so funny when his parrot would say my name and we would laugh and we would run around with the dogs and give them treats. Everytime I go, the dogs would wiggle their tails and run in circles. My uncle is one of the greatest people I know. We always watch movies together. It is our favorite thing to do almost everyday when we watch a new movie. We get popcorn and chips and slurpees. I wish we could still go to the movie theater and watch it there again. Our favorite movie is Rambo.

My uncle cares too much about my school. He calls or texts me everyday about it, asking 'Did you do this, did you go to school today?' He cares a lot about it. I'm trying hard to catch up with all my assignments and improve my grades for him because he puts so much effort into my academics. My uncle is really taking the place of my dad right now, and goes over and above for me and my siblings. I hope that he stays near us because he is helping us stay on course and do good. Recently he was upset that I haven't been going to sports, so he took me to get whatever

hockey gear I'm missing, and he actually found an ice skating rink that's open now. Ever since Covid, our hockey rink closed down and we haven't been going. I'm starting back up next week thanks to my uncle, and I hope he comes to watch my practice and games. He's my favorite person, not because he's my uncle but he really loves us and I feel that he loves us a lot. Judge Wilson, I hope that you allow my uncle to be on house arrest so he can be near me, Daniel, Juliana, my grandma and his daughters.

Thank you,
Robert Ayvazyan
818-703-2569

EXHIBIT D

DANIEL AYVAZYAN LETTER

Dear Honorable Judge Wilson,

My name is Daniel Ayvazyan and I'm Arthur Ayvazyan's nephew. I am 16 years old and I am a
student in eleventh grade. This letter is about my hard working and caring uncle. I was the first
born out of my siblings. My uncle was so thrilled when I was born he would come visit me
everyday after work. He worked hard for the money he made, and he would spend so much of it
to buy me toys and gifts. Until now, he loves celebrating the holidays with us. He would come
over every special event and spend the day with us. Even though he can't do as much as he
would before, he still tries to help us with whatever we need. He comes over on Sundays and we
spend our entire day with him. While I had my permit, my uncle would take me out to drive to
practice for my license. He is the most responsible and thoughtful person I know. He always asks
us about school and if we need anything. He always wants to make sure everything is ideal for us
and that we are all happy. When I go over to his house, he consistently makes sure he spends
time with me. He makes sure to keep me entertained, never leaving my side or leaving me alone
when I'm over at his house. We watch movies and swim a lot there.

My uncle has never once nagged about a problem he had. He always wanted to teach my brother
and I stuff we didn't already know. When I'm not sure about something or if my opinion isn't
certain, I always ask my uncle for advice. I won't ever imagine my uncle being in this mess and
yet he still tries to find a way to check up on us. My uncle is like a second dad to me and my
siblings. He always takes time out of his day to come and hangout with us and help us with
whatever we would need. My uncle Arthur is the best uncle but not only he is a good uncle but a
good person. He always will get out of his way to help someone when he sees they need help.
My uncle has played a very important role in our lives, and he's always there for us. We have
comfort knowing my uncle is available if we need him since our parents are not with us. I really
hope he continues to stay close to us. We don't have many people in our lives and he is one of
the very few close people we have left. He is a powerful influence on us by teaching us good
lessons, keeping us grounded and safe. I hope my uncle is given house arrest so he can continue
to be with us. Thank you for your time, honorable judge.

Sincerely,
Daniel Ayvazyan
818-940-4988

EXHIBIT E

JULIANA AYVAZYAN LETTER

Dear Honorable Judge Wilson,

My name is Juliana Ayvazyan and I am Arthur Ayvazyan's niece. Since I was a little girl, my
uncle has always been very caring and thoughtful. I still remember when he used to come every
Christmas morning. That was his favorite holiday. He wouldn't ever forget to come and give us
presents. My uncle would never complain about anything. He wasn't ever lazy. If we ever needed
something he would rush his way here. My uncle has been one of the few people that has done so
much for us. Although he's in a case right now and only has one day off to come see us, he took
my brother to get hockey supplies so he starts hockey again. I remember he would take my
cousins and I to dance three times a week even though he was so busy and tired with his own
job. He never said no to anything we asked from him. My uncle is very positive and I've never
seen him in a bad mood. On his Sundays, which is the only day the court allows him to leave his
house because of house arrest, he makes sure to come and visit my grandma and us. Besides his
own family, we are his only priority. My grandma is old now and very ill, and I wouldn't imagine
her without her son. When I stay over at his house, he wakes up early in the morning and makes
us all breakfast. I would never imagine my uncle doing anything but good deeds. I wish my
uncle could be with us as life continues. We need his kindness and high energetic spirit with us,
especially since our parents are not with us. My uncle helps my brothers and I stay hopeful.

He used to take my brothers hunting and fishing all the time. He's always been the most
proud and protective uncle. I don't know what we would do without him. When we were little,
my uncle taught us how to swim and to bike ride. I won't forget how many times we fell or
couldn't stop the bike. He would always take us to watch movies with him too at the theatre.
Even if he was stressed with work or finances, we never knew about it because he would never
complain or even show that he's struggling. Everything we had wanted or asked for, my uncle
was the person to help us accomplish it, whether we needed furniture assembled or help with a
project. My uncle is the most big hearted, delighted, and positive person ever. He would always
make sure that all three of us, my brother and I were happy. I always saw my uncle at home on
the weekends trying to fix things around the house or taking his dogs on walks. He was so
productive. I've never heard anything negative come from my uncle. When he was mad, he never
showed it in front of us. He always tried to be an inspiration for all of us. I would've never
thought my innocent uncle would be in this position. He's always been our second dad. I can't
imagine not being able to see my uncle. I am 15 years old now and my brothers are 16 and 14.
We are still young and can't go on our own yet. We need our uncle more than ever now. I hope
my uncle can stay with us and always support us. I always imagined my uncle would always be
next to us at hard times. Right now, my brothers and I are going through a very difficult time.
My uncle constantly checks on us, makes sure we are keeping up with school and staying
positive. We all love our uncle so much and hope he'll be by our side throughout our life.

Sincerely,

Juliana Ayvazyan
818-688-1641

EXHIBIT F

ZHANETTA MOMDZHYAN LETTER

Dear Judge Wilson,

My name is Zhanetta Momdzhyan, and I am Arthur Ayvazyan's mother. When I am asked to describe my son and his characteristics, I immediately think of his friendly demeanor and his positive attitude which is contagious. I am an overweight woman struggling with diabetes and obesity, yet he never ceases to make me smile and lift my spirit. I am always in high spirits when he's in my company, and it is because he makes such an effort to make sure I'm not feeling down and depressed. Unfortunately, recently it has become a lot more difficult for me to find positivity or happiness with all that is going on with his family, but he continues to put in extreme effort to stay positive for me which gives me hope that he will be okay.

Arthur is a hard worker. He works so much and never complains, despite having a very difficult job as a truck driver. He never had an ego or thought he was privileged for physical labor. All his life, he worked so many different jobs, all of which were very demanding physically with low pay; yet he continued to work despite that with high energy. He started working from the age of 14. He passed out flyers in our neighborhood at people's homes. At 16 years old, he worked as a grocery store bag boy. He has always been very humble too. He never cared for the finer material things in life or spending money on friends and social events. He is very devoted to his family and their well-being. If he isn't working, he's making sure he attends to the needs of all his family members, including me and my other grandkids-- Daniel, Juliana and Robert. He is kind, giving and very attentive. He calls me everyday to see if I need anything. Anything I ask for, he makes sure to do it the same day or make it happen as soon as possible.

Arthur never misses the opportunity to help me with shopping, cooking, doing laundry, making sure I take my medication on time or go to my doctor visits. He constantly checks on me throughout the day as he worries so much about my condition and well-being. Holidays are his favorite and he makes sure that I am not alone for the holidays. Even if they are celebrating with in-laws or family-friends, he makes sure to make plans which include that I join them. He has a very delightful personality, always being generous with his time to help others. His extended family, in-laws, neighbors all enjoy his company very much and appreciate his supportive, helpful and compassionate nature.

He is a devoted father. The amount of time he spends with his girls is astonishing. I am always talking about what a great dad he is to his two girls, as he is always going out of his way to ensure they are happy. He picks up and drops them off from school, goes on field trips with them, shopping malls, takes them to sports practice and dance classes. Even when the girls are going through difficult teenager emotions or drama, he is understanding and accommodating. He is an upstanding uncle as well to my grandson's and niece, Daniel, Juliana and Robert. He doesn't differentiate between them and his own girls as he gives them all the same attention, love and support.

He's always liked camping, fishing, water activities and adventurous outdoor sports as he enjoys nature very much. He wouldn't devote much time to friends, but rather he would always take his nephews, Daniel and Robert with him on camping and fishing trips since they were very little. Maybe he would have rather spent the time with friends, but he always prioritized his nephews and family which left no time for others. Until now, they share a very close bond with him. Any decision they need to make or advice they may need, they always mention that they must speak to their uncle Arthur about it first. Right now, my grandkids are going through a turmoil of unfortunate events, and I don't want to imagine if Arthur were to go away to jail, and away from us. He has been a very supportive and loving person in our lives, and we all need him now, more than ever.

I believe my son is innocent, but if he committed even the slightest mistake, I am sure he is regretful and will never allow for anything even remotely close to ever jeopardize his family again. Although I can keep going on about my son and the good person that he is, I think you will understand the kind, loving, family man he is that many of us depend on for support. I hope that my son is given house arrest so he can be accessible to us all, as I am a sick woman and greatly need his support. Additionally, my grandkids Daniel, Juliana and Robert desperately need him to be present in their lives to help protect them and guide them in the right direction. Thank you for your time, and I hope to hear promising news soon.

Sincerely,

Zhanetta Momdzhyan

Zhanetta Momdzhyan
818-419-9885

EXHIBIT G

GRETA AKOPYAN LETTER

The Honorable Stephen V. Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012

Judge Wilson

My name is Greta Akopyan, and I am Artur Ayvazyan's
mother-in-law and I am shaken by how difficult this letter is for
me to write. I was told that you may need it to better understand
my son in-law. I wish there was an ideal place to begin. But
where does one start when a loved one's life is laid across
someone else's table. I am asking for your leniency in sentencing
him and plea that your sentence be merciful and not punitive.
Please consider what I am going to say because there are so
many lives that are going to be touched and affected by your
decision today.

What keeps me believing in him and loving him is the fact that
he is a good person that came from a good home. His mother is
a single mom who raised Artur and Richard with no father with
the help of their grandfather and uncles. His been working hard
since young age to provide for his family. For the last 4-5 years,
Artur has been the sole provider of his family, which consists of
my daughter Tamara Dadyan and my 2 grandchildren. My
daughter suffers from herniated spine and medical issues, which
I have been helping them with and my grandchildren while
Artur's job requires him to travel long distances.

He has never complained that he is unable to support my daughter and grandchildren children, my family will suffer financially and emotionally if their father was not in their lives. As a father, he is always involved in Angelina's and Natalie's lives, and even more so with his busy schedule he still makes time for all his nieces and nephews Daniel, Robert, Juliana, Leya, Maya, Samvel and the youngest one Hayk who is 15 months old. He is the best uncle any of his kids can ever ask for he always goes out of his way for each one of them in his special way. All my grandchildren can honestly tell you he is their first uncle who bought them their first bikes and taught them how to ride a bike and their first pair of skates teaching them how to ice skate. Not having him their lives will only cause them further emotional stress and trauma. He always put's a smile on their face in fact he is their god father for all their baptism and a second father to them all.

He understands and regrets his lawlessness. He is willing to learn a lesson from his mistakes and move on in his life. I believe that extended term in jail will be a problem for him to raise his two daughters and pay for their education if he is required to go to jail. I have known him to be an honest, kindhearted and dutiful friend and husband. He is a very hardworking person and tries his best to make his family happy. Artur's life revolves around his family and daughters. It would be devastating if he had to miss anytime away as this is his world.

I beg your Honor to please consider my letter when you hand down your sentence. Only you have the ability to give him a

second opportunity. As human beings, we all make mistakes, and have moments of errors of judgment and we have to learn from our mistakes and errors of judgment's. Please give him another chance to prove himself and to be the good father husband friend mentor he is to many of the children his life.

Sincerely,

Greta Akopyan
818·979-3897

EXHIBIT H

MAYA DADYAN LETTER

Judge Wilson,

My name is Maya Dadyan, I am 10 years old and I am writing this
letter for my Uncle Arthur. My uncle is a very nice, kind, and loving
person. He cares very much for his loved ones. My Uncle Arthur would
never purposely or commit anything of the source. My uncle's passion
for helping others is astronomical. My uncle does a lot for me, he takes
me places I want to go, and he also puts effort into entertaining and
satisfying his daughters/nieces. I love him very much, he is like a 2nd
father to me, if he was away, there would be no one to boost up my
mood, or make me laugh and smile during hard times. If my family and I
wouldn't have him by our side, I don't even want to imagine how hard it
will be without him. He always makes sure to spend time with his family.
I love my uncle very much and wish him the best. My uncle has 2
beautiful and intelligent daughters named Angelina Rita Ayvazyan, and
Natalie Jenna Ayvazyan. Both of their love for their father is
substantial. And I know they also hate how their father/ my uncle are
involved in a situation like this. He is truly a wonderful person at heart.
People like my uncle Arthur deserve love, peace, and kindness back
from what he gives to others. I know that if my uncle got out of this
crisis, he would never do anything remotely similar, or that violates any
law that states.  I really hope this letter I have written will give you
peace of mind of what my uncle does for individuals, and also things he
would never wish to do.

Sincerely,
Maya Dadyan

EXHIBIT I

LEYA DADYAN LETTER

Dear Judge Wilson,

My name is Leya Dadyan, I'm 12 years old and I'm Artur Ayvazyan's niece and goddaughter. I'm writing this letter in regards to my uncle to help you have an idea of his characteristics. Ever since I was a little, my uncle always did everything for my family. Whenever I wanted to hang out with my cousins or go out with them he would always come pick me up and he would take my cousins and I anywhere we wanted to go. He was never lazy whenever it came to his family. No matter if he was busy or not, if we needed anything, he would help us as soon as possible. He was never greedy and was never selfish, he always put others before himself. He thought of everyone's safety before his just to make sure we were all safe. My uncle is one of the kindest, caring, selfless people I know. He is an amazing uncle, brother, father, and an amazing person in general.

My uncle is such a passionate person, he always tries to influence my family and I in amazing ways. He's always there to give advice and help you out with anything. I've never seen someone more loving and caring than my uncle. He raised 2 beautiful and loving daughters, Angelina Ayvazyan, and Natalie Ayvazyan. He is such an amazing father to my cousins, he taught them how to ride a bike, learn how to fish, ice skate, roller skate, you name it. He was always there for my cousins and helped them learn life lessons. I could never imagine my uncle doing anything of the source. My uncle does so much for me and my family, I've never seen someone more passionate to help someone. My uncle is the most selfless person I know. The amount he does for his loved ones is just unexplainable. As much of a busy person my uncle is, he will always try to find time for me and my family.

I remember whenever I came and slept over he would always make us all breakfast and he would clear his schedule and plan a really fun day for my sister, cousins, and I. He would always sit down and do fun activities with my cousin, they would always do puzzles together and fun little projects and activities. He also has 4 dogs and 1 bird. I've never seen someone care so much for their pets and set a specific routine for each of his pets so they can be healthy. He taught me how to feed his dogs and how to control him. He got me to overcome my fear of the ocean and so much more. He always participated in activities like roller coasters and water slides and fun stuff like that. He took me biking for the first time and we rented out this big 4 person bike so my sister, cousin, and i can participate in peddling and steering. It was a really fun experience for my sister and I because we never went bike riding and we never learned how to ride a bike so this was really fun.

I could never imagine my uncle to do anything harmful to anyone or himself. I can only imagine my uncle doing good in the world. My uncle is the nicest, most selfless and most caring person I know. I hope this letter can give you an idea of what a caring and peaceful person my uncle is and consider what good he does for the world. And how much his family and friends care about him.

Sincerely,

Leya Dadyan

(818) 585-6835

EXHIBIT J

SHOUSHANIK IGARIAN LETTER

The Honorable Stephen V Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012
10/13/2021

Judge Wilson,

My name is Shoushanik Igarian, and I am writing this letter on behalf of Artur Ayvazyan. I have known Artur since 2011. I am aware of the allegations against Artur Ayvazyan and I'm writing this letter to show what an amazing person Artur is. I am hoping that my letter will give you more information about who Artur Ayvazyan is and assist you in your decision making.

Artur was the best man at my wedding as well as the Godfather to my son Samvel. Artur is a loving father who is always there for his children and nieces and nephews both physically and emotionally. He has such an amazing relationship with his children. My son Samvel loves Artur like a second father. Every time he sees Artur he runs and says, "Hi uncle, can you carry me and turn me around the room." Artur will drop what his doing and spend time with my son for as long as they both want to play. I am currently pregnant now and I would love for my second child to experience the love that Artur shares with my son. Artur is truly and amazing human with the biggest heart. I love him as if he was my brother. He goes extra miles for anyone that needs his help anybody who needs or wants it. For example, my car had a flat tire on the freeway and my husband was out of town. The first person that came to mind was Artur. So, I called Artur for help and he came to help me in a heartbeat.

The case and the allegations have really taken a toll on him, his wife, his daughters as well as the rest of the us in the extended family. Everybody tries to keep a strong face and not really show their emotions or talk about anything related to the case, but I can tell that it is weighing heavy on everybody. Angelina and Natalie have told me of their constant nightmares and trauma that they have been experiencing ever since the raid. Those images and memories have scarred them for life and they can't forget it. The girls aren't as innocent and naive to the world, like they once were. Now they're scared of random noises, smells and sounds because it triggers memories of that raid in their house. I believe that they have PTSD or something similar to it because of what they have experienced.

Artur has been working non-stop to try to still provide in anyway that he can. He has been and currently drives trucks. He used to have his own trucking company, but now he is only working as an employee. Artur is a great husband, father, son, friend and brother-in-law. He is a great person who helps out his church and his community. He has told me that he's scared. I pray you take the above reference into consideration during sentencing. I believe that every person should have a second chance to better themselves and the community and I believe that Artur will do just that, if you are so kind to give him that second chance or lenient on your sentencing. I do not want Artur to be punished for someone else's actions. Thank you, Judge Wilson, for taking the time to read my letter.

Sincerely,

Shoushanik Igarian
323-810-4232

# EXHIBIT K

## GEGAM DADYAN LETTER



From the Desk of

## Brother Gegam Dadyan (186722)
## 14952 Cobalt St. Sylmar, CA 91342-2037
## (818)797-4477

---

The Honorable Stephen V. Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012


Judge Wilson,

My name is Gegam Dadyan and I am writing this letter
with a heavy on behalf of Artur Ayvazyan, my son-in-law.

I have known Artur since he was just 3 years of age from our
hometown back in Armenia, where I was a reputable district
police officer with a law degree specializing in criminal
prosecution. In 1988 I brought my family to America with the
hopes of a better future for my wife, mother and 3 children,
Garen,Tamara and Arsen.

Artur grew up without a father and was raised by his mother
and grandparents. During the time I lived in Armenia I became

a father-like figure to the young Artur, So when My family moved to America, I never in a million years thought that I would see the same family again who was under my jurisdiction in Armenia. It was if no time had passed and I once again became Artur's father.

We have lived in the same city since 1988 and Artur and my children went to elementary school, junior high and high school together. When he asked me for my daughters hand and marriage I knew that he is a good person with good family values and morals and didn't hesitate once about the future of my daughter when I gave my blessing.

I am aware of the current allegations against Artur Ayvazyan and I hope that my letter will give you some valuable information about Artur and assist in reaching a decision.

Artur is great father to his 2 daughters and my granddaughters Angelina and Natalie Ayvazyan. He has always tried (and succeeded, in my opinion) to be the best father he could be and I instill the morals and values that I and his mother instilled in him since he didn't have that father figure growing up, which I believe is so necessary to bring up a strong, intelligent and moral man. I, along with his mother did  good job in raising an upstanding, moral man. Unfortunately, his brother Richard took another path in life.

This case has really taken a toll Artur and our entire family. It has effected my children with professional and personal damage. Artur has never attempted to diminish his poor decisions. He took to the stand to take responsibility of his actions and explain exactly what he did, no more, no less.

The Legal representation has been financially and emotionally draining for Artur and my family to try to prove his innocence.

The results of his actions will be with him for the rest of his life. To incarcerate Artur would be a loss to our society. He is a hard working  essential truck driver who had to sell his truck to pay for his legal battle.

Artur's life revolves around his family and daughters and would be devastating if he had  to miss anytime away as they are is his world. He does not want to have them grow up like he did without their father. My grand daughters are still suffering from the turmoil of the effects this case has brought upon their parents and me and my wife are trying our best to give them comfort and assure them that everything will be fine.

He  is an honest and loving young man with a huge heart who will continue to contribute to society, I am proud to be his father in-law and I pray that the actions of his brother and the other defendants in this case do not effect the fate of Artur.

Sincerely,

Brother Gegam Dadyan

EXHIBIT L

JULIE DAVENPORT LETTER

The Honorable Stephen V. Wilson
United States District Judge
First Street Courthouse,
350 W. 1st Street, Courtroom 10A,
10th Floor, Los Angeles, California 90012

Dear Judge ,

I am writing this letter for  my dear friend. I
want to bring to your attention the kind of person
that he is despite the grave allegations that he has
faced in recent time. I have known him for the past
seventeen plus years as a family friend. He is a true
gentleman and is always true to his words. His
enthusiasm has led to many good works in society.

I am very well aware of the charges that he is
facing and the consequences of those but looking at
the current situation of the bereaved family, and I
would like to plead for leniency. He has expressed
to me many times that he is extremely sensitive to
his transgression and is sorry for it. He is a well-

mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it. I can confirm that he is careful, considerate, efficient and dedicated to the well-being of others.

I hope you look into this matter and consider this character reference letter before passing on any verdict. Artur Ayvazyan will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society again.

Respectfully


Julie Davenport

EXHIBIT M

ROBERT IGARIAN, ESQ. LETTER

## IGARIAN LAW FIRM
### A PROFESSIONAL CORPORATION

14500 ROSCOE BLVD.
FLOOR 4
PANORAMA CITY, CA 91402

ROBERT IGARIAN, ESQ.
ROBERT@IGARIANLAW.COM

TEL:    (818) 714-2144
FAX:    (818) 561-3940

October 14, 2021

The Honorable Stephen V. Wilson
United States District Judge
312 Spring Street
Los Angeles, CA 90012

Dear Honorable Judge Wilson,

My name is Robert Igarian and I am the president and owner of Igarian Law Firm, A.P.C. I am a graduate of Loyola Law School and have been practicing law for the past seven years. Artur Ayvazyan has been a dear friend to me and my family for over fifteen years. In my life, I have met very few people with Artur's character. He has a heart of gold and is willing to go above and beyond for his loved ones. My family and I have seen nothing but kindness, warmth and respect from Artur and his beautiful family, including his wife and two kids.

Artur is an amazing father and husband. His life revolves around his two daughters. Whatever they need, whenever they need him, he is there putting a smile on their face. On top of his many honorable attributes, he is a great friend to those who know him. Artur always smiles. He lights up every room with his kind and caring energy. He is always the first to jump to the aid of a loved one or help a friend in need. I remember when I was in law school and buried in my books studying for many hours straight, he would call me to support and drop off lunch to me on many instances. If I were to sit here and list all the acts of kindness that I have seen carried out by Artur Ayvazyan, this letter would go on for pages. There are very few people in this world like Artur.

Artur made some bad choices, and he only blames himself for it. I believe that we all make mistakes in our lives and learn from them. I have no doubt in my mind that Artur has learned serious lessons from his mistakes. Lessons that will be with him and shape him for the rest of his life. His two daughters, Angie and Natalie, need their father in their lives, to learn how to be kind, respectful and caring people like their father. I ask this Honorable Court and Your Honor to be lenient with Artur. He is an honest man, and I am proud to call him one of my few true friends.

Sincerely,

Robert Igarian, Esq.