Thomas A. Mesereau Jr.,
Mesereau Law Group P.C.
10100 Santa Monica Blvd. Suite 300
Los Angeles, CA 90067
310-651-9960
mesereau@mesereaulaw.com

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Rd, Suite 216
Glendale, CA 91208
424-902-9280
wirschinglaw@outlook.com

Counsel for Artur Ayvazyan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR AYVAZYAN<br><br>Defendant. | Case No. 20-CR-00579-SVW<br><br>**ARTUR AYVAZYAN'S MOTION TO CONTINUE THE DATE FOR SURRENDER TO THE BUREAU OF PRISONS**<br><br>(No Hearing Requested) |

Artur Ayvazyan, by and through counsel, hereby move this Honorable Court to extend the surrender date of January 3, 2022 to March 5, 2022. On November 15, 2021 Artur Ayvazyan was sentenced to 60 months in prison. The Court ordered a surrender date of January 3, 2022. On December 6, 2021, the Court sentenced Artur Ayvazyan's wife Tamara Dadyan to 130 months in prison. Tamara Dadyan was ordered to surrender on or before January 5, 2021. Artur Ayvazyan requires more time to get his family's affairs in order before his children lose both of their parents for several years. Additionally, Artur Ayvazyan's oldest daughter, A. Ayvazyan, has had some bloodwork come back

with anomalies. Children's Hospital Los Angeles's Children's Center for Cancer and Blood Diseases will be performing bloodwork to determine the cause of the problems. The results are expected on March 3, 2022. AUSA Ahn has advised that the Government opposes this motion.

Dated: December 13, 2021                                      Respectfully submitted,


                                                      */s/ Jennifer J. Wirsching*_____
                                                      Jennifer J. Wirsching
                                                      Counsel for Artur Ayvazyan

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## DECLARATION OF JENNIFER J. WIRSCHING

1.      I, Jennifer J. Wirsching, an attorney licensed to practice law before all the courts of the State of California, the Central District of California, the Eastern District of California, the Northern District of California, the Southern District of California, the District of Colorado, the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, am one of the attorneys of record for Artur Ayvazyan.

2.      Artur Ayvazyan was sentenced to 60 months in the Bureau of Prisons.

3.      The Court ordered Ayvazyan to surrender no later than January 3, 2022.

4.      Artur Ayvazyan's wife, Tamara Dadyan was sentenced on December 6, 2021 to 130 months' imprisonment.

5.      Tamara Dayan has been ordered by the Court to surrender on or before January 5, 2022.

6.      Artur Ayvazyan and Tamara Dadyan share two daughters, A. Ayvazyan and N. Ayvazyan.

7.      I am informed and believe that Artur Ayvazyan requires more time to settle the family's affairs prior to both parents being imprisoned.

8.      I am informed and believe that Artur Ayvazyan's daughter A. Ayvazyan has had  irregular blood test results, and that tests will be performed at Children's Hospital Los Angeles to discover the source of the problem.

9.      I am informed and believe that the results of this testing will not be available until March 3, 2022.

10.      I am informed and believe that Artur Ayvazyan needs to ensure his daughter's health is taken care of prior to surrender.

11.      I emailed AUSA Catherine Ahn on December 11, 2021 and advised her of this motion and asked to know if the Government would oppose the motion or not.

12.      AUSA Ahn advised me that the Government opposes this request.

13.    I have personal knowledge of the facts stated above unless stated as made upon information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

December 13, 2021                                    */S/Jennifer J. Wirsching*
                                                    Jennifer J. Wirsching
                                                    Attorney for Artur Ayvazyan