TARIK S. ADLAI, SBN 165454
LAW OFFICES OF TARIK S. ADLAI
65 No. Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: (626) 578-7294
Fax: (626) 685-2562
E-mail: tadlai@adlailaw.com

Attorney for Defendant
ARTUR AYVAZYAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 20-CR-00579-SVW |
| Plaintiff, | EMERGENCY APPLICATION TO SET SURRENDER DATE |
| v. | |
| ARTUR AYVAZYAN, | |
| Defendant. | |

TO THE HONORABLE STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant Artur Ayvazyan, by and through his attorney Tarik S. Adlai, respectfully hereby applies ex parte for an emergency application to set a surrender date. This application is necessary because he has been denied bail pending appeal but his surrender date has expired and, at the Government's behest, probation has instructed him to surrender "immediately," with no opportunity to arrange his affairs and at the risk of unfairly treating him as a untimely surrender by BOP, adversely affecting his designation.

1

|     |                                |                                                                                     |
| --- | ------------------------------ | ----------------------------------------------------------------------------------- |
|     |                                | Respectfully submitted,                                                             |
|     |                                | Law Offices of Tarik S. Adlai                                                       |
|     | DATED: January 28, 2022.       | /s/ Tarik S. Adlai<br>TARIK S. ADLAI, Esq.<br>Attorney for Defendant<br>Artur Ayvazyan |

At the time of sentencing, this Court denied the Government's motion to remand and allowed Mr. Ayvazyan to surrender the first week of January 2022. In December 2021, this Court denied Mr. Ayvazyann's motion for bail on appeal. Mr. Ayvazyan's appellate counsel filed a motion for bail in the Ninth Circuit that automatically stayed his surrender. Ninth Cir. R. 9-1.2(e).

The Ninth Circuit denied Mr. Ayvazyan's motion for bail on appeal on January 27, 2022. On the morning of January 28, 2022, Mr. Ayvazyan's probation officer directed Mr. Ayvazyan to surrender by noon, with no time to get his affairs in order, including the care and placement of his two teen daughters and his brother's three children who he voluntarily took responsibility for in his brother's absence.

This Court has found Mr. Ayvazyan neither a flight risk nor a danger and has agreed he is a good candidate to allow to self-surrender. A four-hour notice to surrender is extremely disruptive and entirely unnecessary.

|     |                                |                                                                                     |
| --- | ------------------------------ | ----------------------------------------------------------------------------------- |
|     |                                | Respectfully submitted,                                                             |
|     |                                | Law Offices of Tarik S. Adlai                                                       |
|     | DATED: January 28, 2022.       | /s/ Tarik S. Adlai<br>TARIK S. ADLAI, Esq.<br>Attorney for Defendant<br>Artur Ayvazyan |

DECLARATION OF TARIK S. ADLAI

2

I, Tarik S. Adlai, declare:

1. I am an attorney, duly licensed and authorized to practice law before all courts of the State of California and am a member of the bar of this Court. I am counsel for Artur Ayvazyan, the defendant herein. The facts contained in this declaration are true based on the papers, pleadings, and records on file in this case, are personally known to be to be true, or I am informed and believe them to be true. If called as a witness, I could and would competently testify thereto.

2. The facts contained in the accompanying motion are true.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed this 28th day of January 2022, at Aspen, Colorado.

/s/ Tarik S. Adlai
TARIK S. ADLAI

3