| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 27 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

ARTUR AYVAZYAN, AKA Arthur Ayvazyan,

    Defendant-Appellant.

No. 21-50302

D.C. Nos.
2:20-cr-00579-SVW-3
2:20-cr-00579-SVW
Central District of California,
Los Angeles

ORDER

Before: CHRISTEN and NGUYEN, Circuit Judges.

    Appellant's motion for bail pending appeal (Docket Entry No. 9) is denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable" and is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed. *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

    Appellee's unopposed motion to file exhibits under seal (Docket Entry No. 13) is granted. The Clerk will publicly file Docket Entry No. 13-1 and maintain Docket Entry No. 13-2 under seal.

    The briefing schedule previously established remains in effect.

KWH/MOATT